390

(No. 74-CC-400—Claimant )

UNITED STATES STEEL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed May 10, 1974.*

BENJAMIN F. CORNELIUS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-412—Claimant )

A. LEMONCELLO PLUMBING CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 10, 1974.*

A. LEMONCELLO PLUMBING CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.